**No. 52479.**—Rohner, Gehrig & Co., Inc. *v.* United States, protest 131621–K (New York).

Opinion by EKWALL, J. An examination of the record disclosed that the protest was not filed within the time specified in section 514, Tariff Act of 1930. The protest, being directed against the liquidation of the entry and not against the refusal of the collector to reliquidate for a clerical error, was held untimely. The motion to dismiss was therefore granted.

**No. 52480.**—Schroeder Brothers, Inc. *v.* United States, protest 134502–K (New York).

Opinion by JOHNSON, J. At the trial it was stipulated that the issues and facts herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the quantities reported by the inspector as not landed were not in fact landed. In accordance with stipulation and following the decision cited it was held that the merchandise, insofar as it pertains to the quantities reported by the inspector as not landed, not found, is subject to an allowance in duties. The protest was sustained to this extent.

**No. 52481.**—Browne-Vintners Co., Inc. *v.* United States, protest 134532–K (New York).

Opinion by JOHNSON, J. At the trial it was stipulated that the merchandise, issues, and facts herein are similar in all material respects to those the subject of *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the quantities reported by the inspector as not landed were not in fact landed. In accordance with stipulation and following the decision cited it was held that the merchandise, insofar as it pertains to the quantities reported by the inspector as not landed, not found, is subject to an allowance in duties. The protest was sustained to this extent.